# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

John F Allison

_____
Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. 3:10cv1741 (CFD)
(To be supplied by the Court)

v.

Internal Revenue Service
contact: William Kelleher
1040 Waverly Ave #90C
Holtsville, NY 11742
- letter dated 2/17/10 -

_____
Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. John F. Allison is a citizen of CT who
   (Plaintiff)                    (State)
   presently resides at 43 Whitman Ave W Hartford, CT 06107
                        (mailing address)

2. Defendant IRS is a citizen of U.S.
   (name of first defendant)      (State)
   whose address is IRS - 1040 Waverly Ave, Holtsville NY 11742

3. Defendant _____ is a citizen of _____
          (name of second defendant)                                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Directive from IRS Feb 17, 2010 - Advising right to Appeal via US District Court or Federal Claims

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

I lost my job in 2008 and in September contacted my IRA provider for possible withdrawal. Unfortunately I learned that the contributions I made were incorrectly made to a "Roth" vs. Traditional type IRA as the Roth had an income limit I did not meet. I then called the IRS # 800 and spoke to several representatives Sept 11-15 as to how to correct my errors. The IRS directed me to complete Form 5329 and send with a cover letter - which I did on Oct 7, 2008. The IRS phone reps advised that since all taxes had been paid and I attempted no tax deductions or credits - that this would likely be viewed as a filing error and any potential penalty abated. I stayed in contact checking status during Oct-Dec 08 and there was no progress such that on Dec 26, 2008 I paid the IRS the entire potential penalty of $4,122 - fearing additional liability in the new calendar year.

HUGE MISTAKE!! From that point on my record became fragmented, confused, misdirected and duplicated within the IRS bureaucracy. Somehow the IRS coded my issue as Excess contributions rather than legal contributions to the wrong type of IRA and the nightmare began. Over the next year I had myriad conversations with the IRS - eventually being referred by the IRS to a Taxpayer Advocate in March 09 who promised resolution within 90 days - several times. On Feb 17th 2010 Mr Richard Kelleher from the IRS office in Holtsville NY denied my request for penalty abatement and additional monies the IRS now claimed for interest. He directed me to the courts as recourse and I advised him I intended to pursue. Unfortunately in addition to remaining unemployed I experienced several health issues which delayed me.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Request return of $4,122 paid by me to IRS due to my - voluntarily reported - error and waiver of additional interest and/or fees.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Please see prior page for full description including name of IRS representative directing me to this court.

**Claim II:** _____

_____

Supporting Facts:

3

## E. OTHER LAWSUITS

If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If more space is needed, continue on a blank sheet which you should label "E. OTHER LAWSUITS.")

_____

_____

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

## G. JURY DEMAND

Do you wish to have a jury trial? Yes X   No____

_____   _John F Allen_____
Original signature of attorney (if any)   Plaintiff's Original Signature

_____   _____
Printed Name                        Printed Name

_____   _____

( ) _____   ( ) _____
Attorney's full address and telephone   Plaintiff's full address and telephone

_JFA3523@comcast.net_____   _____
Email address if available              Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Hartford CT__ on __11/5/2010__.
                 (location)                (date)

_John F Allen_____
Plaintiff's Original Signature

(Rev.9/25/08)

5